Christian Contreras, Esq. (SBN 330269)
E-Mail: CC@Contreras-Law.com
**LAW OFFICES OF CHRISTIAN CONTRERAS**
**PROFESSIONAL LAW CORPORATION**
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000; Fax: (323) 597-0101

Attorneys for Plaintiff,
ELLA R. HARRIS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLA R. HARRIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN ORTEGA, an individual,<br><br>Defendant. | **CASE NO.: 5:26-cv-3157**<br><br>**COMPLAINT FOR DAMAGES**<br><br>1. Fourteenth Amendment, Interference with Familial Relations (42 U.S.C. § 1983)<br><br>**DEMAND FOR JURY TRIAL** |

## JURISDICTION AND VENUE

1. This Court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343(a)(3)-(4) because Plaintiff asserts a claim arising under the laws of the United States including 42 U.S.C. § 1983 and the Fourteenth Amendment of the United States Constitution.

2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because Defendant resides in this district and all incidents, events, and occurrences giving rise to this action occurred in this district.

## PARTIES

3. At all relevant times, Decedent LAWRENCE J. HARRIS ("DECEDENT") was a resident of the County of San Bernardino, California, and the natural son of Plaintiff ELLA R. HARRIS.

4. At all relevant times, Plaintiff ELLA R. HARRIS ("HARRIS"), is an individual and was DECEDENT's natural mother, and at all relevant times hereto is a resident of the County of San Bernardino, California. HARRIS sues in her individual capacity as the natural mother of DECEDENT. HARRIS seeks wrongful death damages under federal.

5. Defendant JONATHAN ORTEGA (" DEPUTY ORTEGA") is a deputy for the County of San Bernardino Sheriff's Department. At all relevant times, DEPUTY ORTEGA was acting under color of law within the course and scope of his duties as a deputy for the County of San Bernardino Sheriff's Department; and was acting with the complete authority and ratification of his principal, County of San Bernardino.

6. In doing the acts, failings, and/or omissions as hereinafter described, Defendant DEPUTY ORTEGA was acting on the implied and actual permission and consent of San Bernardino Sheriff's Department.

7. DEPUTY ORTEGA, is a duly sworn peace officer, and was specifically authorized by San Bernardino County Sheriff's Department to perform the duties and

responsibilities of a sworn law enforcement officer of the San Bernardino County Sheriff's Department, and all acts hereinafter complained of were performed by each of them within the course and scope of his duty as an officer of the Sheriff's Department. DEPUTY ORTEGA is also sued herein in his individual capacity and in his official capacity as a Peace Officer of San Bernardino County Sheriff's Department.

**FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION**

8. On or about January 17, 2025, at about 5:40 p.m. DEPUTY ORTEGA, responded to a 911 call regarding a civil disturbance at the 14800 block of Steeplechase Road in the City of Victorville

9. Upon arrival, DEPUTY ORTEGA was informed that DECEDENT was possibly armed with a firearm and had threatened family members. Plaintiff is informed and believe and based thereon alleges that DECEDENT was suffering from a mental health crisis and required mental health assistance.

10. DEPUTY ORTEGA entered the residence and reportedly encountered DECEDENT.

11. Plaintiff is informed and believes and based thereon alleges that DEPUTY ORTEGA discharged his firearm at DECEDENT, although DECEDENT did not pose a threat to them or anyone else in the household. Plaintiff further alleges that DECEDENT was shot four times.

12. DECEDENT was transported to the hospital where he succumbed to his injuries.

13. Plaintiff is informed and believes and based thereon alleges that the intentional, reckless and negligent use of lethal force by DEPUTY ORTEGA, was a result of the negligent employment, negligent retention, negligent supervision, and negligent training of deputies of the San Bernardino County Sheriff's Department and/or other agents of the County of San Bernardino.

14. The intentional, reckless, negligent, and unjustified use of lethal force by DEPUTY ORTEGA, was a result of the negligent training of members of the San

Bernardino County Sheriff's Department as to proper de-escalation tactics, police tactics, proper use of force, proper detention/arrest procedures, and to properly respond to individuals experiencing mental health crisis and/or are under the influence of alcohol or drugs.

**<u>FIRST CAUSE OF ACTION</u>**

**Violation of the Fourteenth Amendment to the United States Constitution – Interference with Familial Relations**

**(42 U.S.C. § 1983)**

**(By Plaintiff against Defendant DEPUTY ORTEGA)**

15. Plaintiff realleges and incorporates herein by reference each of the preceding paragraphs of this complaint, and any subsequent paragraphs.

16. HARRIS had a cognizable interest under the Due Process Clause of the Fourteenth Amendment of the United States Constitution to be free from state actions that deprive her of life, liberty, or property in such a manner as to shock the conscience, including but not limited to, unwarranted state interference in Plaintiff's familial relationship with her son, DECEDENT.

17. As a result of the excessive force by Defendant DEPUTY ORTEGA, DECEDENT dies. HARRIS was thereby deprived of her constitutional right of familial relationship with DECEDENT.

18. The aforementioned actions of DEPUTY ORTEGA and DOE DEPUTIES, along with the undiscovered conduct, shock the conscience, in that they acted with deliberate indifference to the constitutional rights of the DECEDENT and HARRIS with purpose to harm unrelated to any legitimate law enforcement objective.

19. Defendant DEPUTY ORTEGA, acting under color of state law, thus violated the Fourteenth Amendment rights of DECEDENT and HARRIS.

20. As a direct and proximate cause of the actions of DEPUTY ORTEGA, Plaintiffs suffered extreme and severe mental anguish and pain and have been injured in mind and body. Plaintiff has also been deprived of the life-long love, companionship,

comfort, support, society, care, and sustenance of DECEDENT, and will continue to be so deprived for the remainder of her natural life.

21. As a result of the conduct of DEPUTY ORTEGA, he is liable for DECEDENT's injuries because he was integral participants in the denial of due process.

22. The conduct of DEPUTY ORTEGA was willful, wanton, malicious, and done with reckless disregard for the rights and safety of DECEDENT and therefore warrants the imposition of exemplary and punitive damages as to Defendant DEPUTY ORTEGA.

23. Plaintiff brings this claim in her individual capacity as the natural mother of DECEDENT. HARRIS seeks wrongful death damages under federal law.

24. Plaintiffs also seek attorney's fees under this claim.

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff ELLA R. HARRIS respectfully requests that the Court enter a judgment as follows:

A. For compensatory damages, including wrongful death damages under federal, in the amount to be proven at trial;

B. For other general damages in an amount according to proof at trial;

C. For other non-economic damages in an amount according to proof at trial;

D. For punitive damages against the individual defendants in an amount to be proven at trial;

E. Attorney's fees pursuant to 42 U.S.C. § 1988;

F. For interest;

G. For reasonable costs of this suit; and

///

///

///

///

H. For such further other relief as the Court may deem just, and proper, and appropriate.

**Dated: June 9, 2026**

**LAW OFFICES OF CHRISTIAN CONTRERAS**
**A PROFESSIONAL LAW CORPORATION**

By: ______________________
Christian Contreras, Esq.
Attorneys for Plaintiff,
ELLA R. HARRIS

**<u>DEMAND FOR JURY TRIAL</u>**

Plaintiff ELLA R. HARRIS hereby makes a demand for a jury trial in this action.

**Dated: June 9, 2026**

**LAW OFFICES OF CHRISTIAN CONTRERAS**
**A PROFESSIONAL LAW CORPORATION**

By: ______________________
Christian Contreras, Esq.
Amed A. Prado, Esq.
Attorneys for Plaintiff,
ELLA R. HARRIS